IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANTE MUSARRA,

     Plaintiff,               No. 2:10-cv-2785-GEB-JFM (PS)

    vs.

ALLSTATE INSURANCE CO., et al.,

     Defendants.         <u>ORDER</u>

_____/

        On October 20, 2010, defendant Kitsy Johnson filed a motion to dismiss. On November 24, 2010, plaintiff, through counsel David R. Griffith[1], filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). Plaintiff seeks to dismiss Kitsy Johnson and Kevin Kelly without prejudice.

        Accordingly, IT IS HEREBY ORDERED that:

/////

/////

/////

---

[1] David R. Griffith has yet to be formally substituted for plaintiff. Counsel is reminded that the court needs the stipulation for substitution of counsel promised at oral argument before he can proceed in this action.

1

1. Kitsy Johnson and Kevin Kelly are dismissed without prejudice from this action pursuant to Fed. R. Civ. Proc. 41(a)(2); and

2. Defendant Kitsy Johnson's motion to dismiss is denied as moot.

DATED: December 16, 2010.

UNITED STATES MAGISTRATE JUDGE

/014;musa2785.voluntarydism