IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANTE MUSARRA,

        Plaintiff,                No. 2:10-cv-2785-GEB-JFM (PS)

  vs.

ALLSTATE INSURANCE CO., et al.,

        Defendants.        <u>ORDER</u>

_____/

        On January 24, 2011, plaintiff filed a stipulation for substitution of attorney. Plaintiff, presently appearing in pro per, seeks to substitute David R. Griffith as counsel of record.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1.  The request for substitution is granted;

        2.  The initial scheduling conference scheduled for March 10, 2011 before the undersigned is vacated; and

        3.  Pursuant to Local Rule 302(c)(21), this matter is referred back to the Honorable Garland E. Burrell.

DATED: February 14, 2011.

                              UNITED STATES MAGISTRATE JUDGE

/014;musa2785.subst

1