IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANTE MUSARRA, | ) | |
| | ) | 2:10-cv-02785-GEB-JFM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation, | ) ) | |
| | ) | |
| Defendant.* | ) | |

Since the parties filed a "Stipulation for Voluntary Dismissal With Prejudice of Defendant Kenneth A. Baker", the pending motion to dismiss Kenneth A. Baker, filed on March 11, 2011 (ECF No. 20), is DEEMED WITHDRAWN.

Dated: July 18, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

\* The caption has been amended since Kenneth A. Baker has been dismissed from this action.

1