DAVID R. GRIFFITH (State Bar No. 170172)
STEWART, HUMPHERYS, MOLIN & GRIFFITH, LLP
3120 Cohasset Road, Ste. 6
Chico, California  95973
Telephone: (530) 891-6111
Facsimile:  (530) 894-2103
Email:     dgriffith@chicolaw.com

Attorneys for Plaintiff
DANTE MUSARRA

CYNTHIA L. MELLEMA (State Bar No. 122798)
SONIA MARTIN (State Bar No. 191148)
MICHELLE BRADLEY (State Bar No. 221323)
SNR DENTON US LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610
Email:     cynthia.mellema@snrdenton.com
           sonia.martin@snrdenton.com
           michelle.bradley@snrdenton.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DANTE MUSARRA,<br><br>          Plaintiff,<br><br>     vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; KITSY JOHNSON; KENNETH A. BAKER individually and doing business as KEN BAKER INSURANCE AND FINANCIAL SERVICES; KEVIN KELLY; and DOES 1 through 10, inclusive,<br><br>          Defendants. | No. 2:10-cv-02785-GEB-JFM<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES** |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request the Court approve and give effect to their stipulation:

1  WHEREAS, the current discovery deadlines in this action are as follows:

2 | Non-expert discovery cut-off | March 30, 2012

3 | Expert disclosures due | April 6, 2012

4 | Rebuttal expert disclosures due | May 7, 2012

5 | Expert discovery cut-off | September 4, 2012

6  WHEREAS, the parties are in the process of informally exchanging information in an
7  attempt to narrow the disputed issues in this case, facilitate the evaluation of whether some form
8  of alternative dispute resolution would be appropriate, and more narrowly tailor any discovery
9  efforts;

10  WHEREAS, trial is not scheduled to begin in this action until April 23, 2013

11  WHEREAS, the continuance of the discovery deadlines will not require a change to any
12  other scheduled deadlines;

13  NOW, THEREFORE, IT IS AGREED AND STIPULATED THAT the discovery
14  deadlines are extended as follows:

15 | Non-expert discovery cut-off | July 30, 2012

16 | Expert disclosures due | August 6, 2012

17 | Rebuttal expert disclosures due | September 7, 2012

18 | Expert discovery cut-off | December 4, 2012

19  All other deadlines, including but not limited to the trial date, shall remain in effect.

20  IT IS SO STIPULATED.

21

22  FILER'S ATTESTATION:

23  I attest under penalty of perjury that the concurrence in the filing of this document has been
24  obtained from its signatories.

25  Dated:  December 20, 2011                       BY:   __/s/ Michelle Bradley_____

26

27

28

| | | |
|---|---|---|
| 1 | Dated:  December 20, 2011 | STEWART, HUMPHERYS, MOLIN & GRIFFITH, LLP |

By  *David R. Griffith*
    DAVID R. GRIFFITH

Attorneys for Plaintiff
DANTE MUSARRA

Dated:  December 20, 2011         SNR DENTON US LLP

By  *Michelle Bradley*
    MICHELLE BRADLEY

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

**Date:  12/20/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge